# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE HOLMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F  04-5183 REC LJO P<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME (Doc.  10.) |

　　Dewayne Holmes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On June 19, 2005, Plaintiff filed a Notice of Change of Address along with a Request for an Extension of time.  Plaintiff requests that he be granted thirty (30) days in which to comply with an outstanding Court Order.  However, upon review of the Court docket, there is no outstanding Order requiring any action on Plaintiff's part.  Currently pending is Plaintiff's Amended Complaint which the Court has yet to screen.  As long as Plaintiff keeps his address current, he will receive any Orders issued by the Court and requiring any action on his part.  At this time, however, no action is required.  Accordingly, Plaintiff's request for an extension of time is DISREGARDED.

IT IS SO ORDERED.

**Dated:　　June 20, 2005**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1