UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE HOLMES, | 1:04-cv-05183-REC-LJO-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING COMPLAINT AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| ADAMS, et al., | |
|         Defendants. | |

Plaintiff, Dewayne Holmes ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 22, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  //

2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendations, filed August 22,
9  2005, are ADOPTED IN FULL;
10      2.   Plaintiff's complaint is DISMISSED for failure to obey
11 the court's order of June 24, 2005, and failure to state a claim
12 upon which relief may be granted; and,
13      3.   The Clerk of Court is DIRECTED to enter Judgment for
14 defendants.
15 IT IS SO ORDERED.
16 **Dated:  September 15, 2005**          /s/ Robert E. Coyle
   668554                                  UNITED STATES DISTRICT JUDGE